UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LITTLETON,

    Petitioner,

v.

SACRAMENTO COUNTY,

    Respondent.

No. 2:22-cv-1159-EFB (HC)

ORDER

Petitioner is a county jail inmate proceeding without counsel. He commenced this action using a state court form for a petition for writ of habeas corpus. ECF No. 1. Since then, he has filed various declarations, "new information," supplements, and a motion for a preliminary injunction.[1]  ECF Nos. 3, 5, 6, 8, 9, 10.

Petitioner, however, has neither filed an in forma pauperis application nor paid the required filing fee for a habeas action ($5.00) or a civil action ($402.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit an in forma pauperis application or the appropriate filing fee.

/////

/////

---

[1] It is unclear whether petitioner intends to proceed with this case as a habeas action pursuant to 28 U.S.C. § 2254 or as a civil rights action pursuant to 42 U.S.C. § 1983. Habeas petitions and civil rights complaints provide exclusive vehicles for relief and may not be pursued concurrently in a single action. *See Nettles v. Grounds*, 830 F.3d 922, 931 (9th Cir. 2016) (holding that if a state prisoner's claim would not necessarily lead to immediate or speedier release, it may not be brought in habeas corpus but must be brought, if at all, under § 1983).

Accordingly, petitioner has 30 days from the date of service of this order to submit either the appropriate filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: July 27, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE