UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LITTLETON,

    Petitioner,

v.

SACRAMENTO COUNTY,

    Respondent.

No. 2:22-cv-1159-EFB (HC)

ORDER

    Petitioner is a county jail inmate proceeding without counsel. He commenced this action using a state court form for a petition for writ of habeas corpus. ECF No. 1. Since then, he has filed numerous declarations, supplements, and statements asserting various "claims" for relief. *See* ECF Nos. 3, 5, 6, 8, 9, 10. He also seeks leave to proceed in forma pauperis. ECF No. 12.

    It is unclear whether petitioner intends to proceed with this case as a habeas action pursuant to 28 U.S.C. § 2254 or as a civil rights action pursuant to 42 U.S.C. § 1983. Habeas petitions and civil rights complaints provide exclusive vehicles for relief and may not be pursued concurrently in a single action. *See Nettles v. Grounds*, 830 F.3d 922, 931 (9th Cir. 2016) (holding that if a state prisoner's claim would not necessarily lead to immediate or speedier release, it may not be brought in habeas corpus but must be brought, if at all, under § 1983). Further, the filing fee for a civil rights action filed by a prisoner proceeding in forma pauperis is $350.00, compared to $5.00 for habeas petitions. *See* 28 U.S.C. § 1914(a). Petitioner must specify whether he intends to proceed with this action as one for habeas relief pursuant to 28 U.S.C. § 2254 or for civil rights violations pursuant to 42 U.S.C. § 1983.

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court is directed to send petitioner the court's forms for an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and for a civil rights complaint pursuant to 42 U.S.C. § 1983.

2. Petitioner shall file either a petition for writ of habeas corpus or a civil rights complaint asserting *all* of his claims for relief within 30 days of the date of this order.

3. Failure to comply with this order may result in the dismissal of this action.

DATED: August 10, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE