UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITTLEON, | No. 2:22-cv-01159-TLN-EFB |
| Petitioner, | |
| v. | **ORDER** |
| SACRAMENTO COUNTY, | |
| Respondent. | |

Petitioner, a county jail inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2023, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The findings and recommendations filed February 6, 2023 are ADOPTED IN FULL;

2. Petitioner's "Motion to Reopen Case," construed as motion for relief from judgment pursuant to Rule 60(b) (ECF No. 17), is DENIED.

**DATE:  April 10, 2023**

Troy L. Nunley
United States District Judge

2